UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

ROSS ALLEN ROJEK,

          Defendant.
_____/

NO. CR. S-04-166 LKK
NO. CR. S-04-247 LKK

O R D E R

    The court is in receipt of a motion for return of property filed by the defendant in the above-captioned criminal cases. A review of the court file reveals that the minutes from judgment and sentencing state that the defendant forfeits to the United States any property, real or personal, derived from proceeds traceable to Count 1 of the Indictment.

    It appears that some of the property requested by defendant, his laptop and handheld computers, may be subject to that forfeiture.

////

1

Accordingly, the government is directed to file a response to defendant's motion for return of property within fifteen (15) days.

IT IS SO ORDERED.

DATED: May 10, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT